1176

No. 93–404. GUSTAFSON ET AL. *v.* ALLOYD CO., INC., FKA ALLOYD HOLDINGS, INC., ET AL. C. A. 7th Cir. Certiorari granted.

No. 93–823. NEBRASKA DEPARTMENT OF REVENUE *v.* LOEWENSTEIN. Sup. Ct. Neb. Certiorari granted.

No. 93–717. TYSON *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 93–743. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* WOLLERSHEIM. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–783. SHIMODA, ADMINISTRATOR, OAHU COMMUNITY CORRECTION CENTER *v.* BURGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–900. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–927. DIRECTOR, DEPARTMENT OF COMMUNITY DEVELOPMENT *v.* GUIMONT ET AL.; and
No. 93–1135. GUIMONT ET AL. *v.* DIRECTOR, DEPARTMENT OF COMMUNITY DEVELOPMENT. Sup. Ct. Wash. Certiorari denied.

No. 93–932. ROGERS *v.* EU, SECRETARY OF STATE OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–941. CITY OF DETROIT ET AL. *v.* BROWN, SECRETARY OF COMMERCE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–948. OKPALA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 93–952. ITT CONSUMER FINANCIAL CORP. ET AL. *v.* PATTERSON ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.